**Motion Granted and Order filed March 1, 2012.**



**In The**

# Fourteenth Court of Appeals
_____

### NO. 14-10-01188-CV
_____

**K.J. AND V.J., INDIVIDUALLY AND A/N/F OF E.J., A MINOR, Appellants**

**V.**

**USA WATER POLO, INC., ET AL, Appellees**

---

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2008-49120**

---

# O R D E R

Appellants' brief was filed on November 16, 2012.   On February 15, 2012, appellees filed a motion requesting appellants' brief be removed as part of our public record and replaced with an amended brief.   The motion is GRANTED.

Appellants' brief is stricken.   We order appellants' to file an amended brief that refers to all minors and their parents by initials within thirty days of the date of this order.

PER CURIAM